AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| THE HILLMAN GROUP, INC. <br><br> *Plaintiff(s)* <br> v. <br> KEYME, LLC <br><br> *Defendant(s)* | Civil Action No. 2:20-CV-00070-JRG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  KEYME, LLC
5 PENN PLAZA
NEW YORK, NEW YORK 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE HILLMAN GROUP, INC.
C/O ERIC H. FINDLAY
FINDLAY CRAFT, P.C.
102 NORTH COLLEGE AVENUE
SUITE 900
TYLER, TEXAS 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **3/5/20**

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-00070-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:20-CV-00070-JRG

Plaintiff:
**The Hillman Group, Inc**

vs.

Defendant:
**KeyMe, LLC**

For:
Findlay Craft, PC
102 N. College Avenue
Ste. 900
Tyler, TX

Received by Austin Process LLC on the 5th day of March, 2020 at 10:01 am to be served on **KeyMe, LLC by serving its Registered Agent, Corporation Service Company dba CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **5th day of March, 2020** at **2:00 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint For Patent Infringement, Exhibits A-T, Jury Trial Demanded, Corporate Disclosure Statement, , United States Patent,** with the date of service endorsed thereon by me, to: **Samantha Guerra, by serving its Registered Agent, Corporation Service Company dba CSC-Lawyers Incorporating Service Company** as **Authorized agent** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **KeyMe, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 5th day of March, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

Mike Techow
PSC-1215, Exp. 7/31/20

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2020001513
Ref: The Hillman Group v. KeyMe

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c