# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| THE HILLMAN GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYME, LLC, <br><br> Defendant. | Case No. 2:20-cv-00070-JRG <br><br> Chief Judge J. Rodney Gilstrap <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

In accordance with the Court's Order setting this case for status conference (D.I. 16, as modified by docket entry of May 1, 2020) and the status conference held on May 18, 2020, the parties have met and conferred and hereby submit a proposed Docket Control Order, attached hereto as Exhibit A.  The parties have no disagreements with respect to the proposed Docket Control Order and respectfully request that it be entered by the Court.

Dated: June 1, 2020

By: */s/Eric H. Findlay*
Eric H. Findlay (Bar No. 00789886)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, TX 75702
(903) 534-1100
(903) 534-1137 (fax)
efindlay@findlaycraft.com

*/s/Deron R. Dacus*
Deron R. Dacus (Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1177
(903) 581-2543 (fax)
ddacus@dacusfirm.com

<table>
<tr><td>

Of Counsel:

Christopher P. Isaac (*pro hac vice*)
Ryan P. O'Quinn (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
(202) 408-4400 (fax)
chris.isaac@finnegan.com
oquinnr@finnegan.com

Gerald F. Ivey (*pro hac vice*)
John M. Williamson (*pro hac vice*)
Kelly C. Lu (*pro hac vice*)
Cara E. Regan (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000
(202) 408-4400 (fax)
gerald.ivey@finnegan.com
john.williamson@finnegan.com
kelly.lu@finnegan.com
cara.regan@finnegan.com

*Attorneys for Plaintiff*
*The Hillman Group, Inc.*

</td><td>

Of Counsel:

Sean S. Pak (*pro hac vice*)
Jeff Nardinelli (*pro hac vice*)
Zachary Flood (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
(415) 875-6600
(415) 875-6700 (fax)
seanpak@quinnemanuel.com
jeffnardinelli@quinnemanuel.com
zackflood@quinnemanuel.com

David A. Nelson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400
(312) 705-7401 (fax)
davenelson@quinnemanuel.com

Eric Hui-chieh Huang (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
(212) 849-7000
(212) 849-7100 (fax)
erichuang@quinnemanuel.com

*Attorneys for Defendant KeyMe, LLC*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

This is to certify that on June 1, 2020, all counsel of record were served with the foregoing document *via* CM/ECF and electronic mail.

                                                    */s/ Eric H. Findlay*
                                                    Eric H. Findlay